**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA VITI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHATTUCK LABS, INC., TAYLOR SCHREIBER, ANDREW NEILL, JOSIAH HORNBLOWER, HELEN M. BOUDREAU, NEIL GIBSON, GEORGE GOLUMBESKI, MICHAEL LEE, TYLER BROUS, VICTOR STONE, CITIGROUP GLOBAL MARKETS INC., COWEN AND COMPANY, LLC, EVERCORE GROUP L.L.C., AND NEEDHAM AND COMPANY, LLC,<br><br>Defendants. | **CASE No.: 1:22-cv-00560-CBA-RML**<br><br>**NOTICE OF MOTION OF SCOTT HARRISON TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**CLASS ACTION** |

[Additional caption on following page]

1

| | |
|---|---|
| PETER AAMOTH, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SHATTUCK LABS, INC., TAYLOR SCHREIBER, ANDREW NEILL, JOSIAH HORNBLOWER, HELEN M. BOUDREAU, NEIL GIBSON, GEORGE GOLUMBESKI, MICHAEL LEE, TYLER BROUS, VICTOR STONE, CITIGROUP GLOBAL MARKETS INC., COWEN AND COMPANY, LLC, EVERCORE GROUP L.L.C., AND NEEDHAM AND COMPANY, LLC,<br><br>        Defendants. | CASE No.: 1:22-cv-00795-CBA-RML |

**PLEASE TAKE NOTICE** that pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B) and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Scott Harrison ("Movant") hereby moves this Court, the Honorable Carol Bagley Amon, United States District Court Judge, with oral arguments to be held on a date and time to be designated by the Court, for an order:

        (a)    consolidating the above-captioned related actions;

        (b)    appointing Movant to serve as Lead Plaintiff in this action; and

        (c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated April 1, 2022 (and exhibits); and (ii) a [Proposed] Order Consolidating the Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: April 1, 2022                                  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>