**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA VITI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHATTUCK HOLDING CORP., ROBERT ANTOKOL, CRAIG J. ABRAHAMS, TROY J. VANKE, WEI LIU, MARC BEILINSON, BING YUAN, and TIAN LIN,<br><br>Defendants. | **CASE No.: 1:22-cv-00560-CBA-RML**<br><br><br><br><br><br>**CLASS ACTION** |
| PETER AAMOTH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHATTUCK LABS, INC., TAYLOR SCHREIBER, ANDREW NEILL, JOSIAH HORNBLOWER, HELEN M. BOUDREAU, NEIL GIBSON, GEORGE GOLUMBESKI, MICHAEL LEE, TYLER BROUS, VICTOR STONE, CITIGROUP GLOBAL MARKETS INC., COWEN AND COMPANY, LLC, EVERCORE GROUP L.L.C., AND NEEDHAM AND COMPANY, LLC,<br><br>Defendants. | **CASE No.: 1:22-cv-00795-CBA-RML** |

**[PROPOSED] ORDER TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND ENTER A SCHEDULING ORDER**

-1-

WHEREAS, this consolidated action is a putative securities class action (the "Action") subject to the Private Securities Litigation Reform Act ("PSLRA");

WHEREAS, the PSLRA requires that any member of the purported class may file a motion for appointment as lead plaintiff of the purported class within 60 days of the issuance of notice announcing the filing of the action;

WHEREAS, on March 29, 2022, Helen M. Boudreau, Tyler Brous, Neil Gibson, George Golumbeski, Josiah Hornblower, Michael Lee, Andrew Neill, Taylor Schreiber, Shattuck Labs, Inc., and Victor Stone filed a Joint Motion to Consolidate Cases, Enter Scheduling Order, and Grant Other Relief;

WHEREAS, on April 1, 2022, Scott Harrison filed a motion to consolidate the two above-captioned cases and appoint himself as lead plaintiff;

WHEREAS, Mr. Harrison's motion is unopposed;

WHEREAS, Mr. Harrison intends to file an amended complaint;

WHEREAS, Mr. Harrison, and Defendants Shattuck Labs, Inc., Taylor Schreiber, Andrew Neill, Josiah Hornblower, Helen M. Boudreau, Neil Gibson, George Golumbeski, Michael Lee, Tyler Brous, Victor Stone, Citigroup Global Markets, Inc., Cowen and Company, LLC, Evercore Group L.L.C., and Needham and Company, LLC ("Defendants" and with Mr. Harrison, the "Parties") appeared telephonically before The Hon. Robert M. Levy, on May 2, 2022;

WHEREAS, following the appearance, Judge Levy entered an order providing that "Counsel agree to consolidation of cases, appointment of counsel and appointment of lead plaintiff. Counsel will submit an updated Order with revised dates and specify which of the remaining motions [DKT 9 and 11] they agree should granted. Subject to Judge Amon's rules, and approval if necessary, the order will include a schedule for filing an amended complaint and for briefing a

motion to dismiss. Counsel will contact Judge Amon's chambers to determine whether a pre-motion conference letter is required before briefing a motion to dismiss."

WHEREAS, Judge Levy entered an order on May 2, 2022 granting the Joint Motion to Consolidate Cases;

WHEREAS, the Parties appeared telephonically before The Hon. Carol Bagley Amon on May 25, 2022;

WHEREAS, Judge Amon instructed the Parties to submit an order to Judge Levy providing that (a) Mr. Harrison's amended complaint would be due by July 1, 2022, (b) by July 8, Defendants shall advise Judge Amon whether they intend to file motion(s) to dismiss and, if they decide to do so, the Parties shall file a jointly agreed upon briefing schedule for such motion(s).

**IT IS HEREBY ORDERED THAT:**

**CONSOLIDATION OF SECURITIES CLASS ACTIONS**

1. In accordance with Judge Levy's order granting consolidation on May 2, 2022, the Action is consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

**MASTER DOCKET AND CAPTION**

2. The docket in Case No. 1:22-cv-00560-CBA-RML shall constitute the Master Docket for this Action.

3. Every pleading filed in the Action shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re Shattuck Labs, Inc. Securities Litigation,

Master File No. 1:22-cv-00560-CBA-RML

<u>CLASS ACTION</u>

---------------------------------------------------------

This Document Relates To:

4. The file in civil action no. 1:22-cv-00560-CBA-RML shall constitute the Master File for every action within the Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5. All putative securities class actions subsequently filed in, or transferred to, this District with substantially similar allegations to those being litigated in this Action shall be consolidated into this Action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

7. Pursuant to Section 27 of the Securities Act and Section 21D of the Exchange Act, Mr. Harrison is appointed as Lead Plaintiff.

8. Mr. Harrison's choice of counsel is approved and, accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel.

9. Lead Counsel shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

## BRIEFING SCHEDULE

10. Mr. Harrison shall file his amended complaint ("Amended Complaint") on or before July 1, 2022.

11. By July 8, Defendants shall advise Judge Amon whether they intend to file motion(s) to dismiss the Amended Complaint and, if they decide to do so, the Parties shall file a jointly agreed upon briefing schedule for such motion(s).

SO ORDERED:

Dated: _____, 2022   _____
　　　　　　　　　　　　　　The Hon. Robert M. Levy
　　　　　　　　　　　　　　United States Magistrate Judge