# Exhibit A

| Type of transaction | Date | Shares sold (received) | Price | Total proceeds |
|---|---|---|---|---|
| Open Market Sale | May 10, 2021 | 8,227 | $26.9385 | $221,623.04 |
| Open Market Sale | May 11, 2021 | 15,040 | $28.0364 | $421,667.46 |
| Open Market Sale | May 12, 2021 | 14,057 | $27.2708 | $383,345.64 |
| Open Market Sale | May 13, 2021 | 10,090 | $25.8774 | $261,102.97 |
| Open Market Sale | May 14, 2021 | 11,095 | $26.2364 | $291,092.86 |
| Open Market Sale | May 17, 2021 | 6,336 | $26.3035 | $166,658.98 |
| Open Market Sale | May 18, 2021 | 5,107 | $26.0297 | $132,933.68 |
| Open Market Sale | May 19, 2021 | 7,747 | $24.6547 | $190,999.96 |
| Open Market Sale | May 20, 2021 | 7,532 | $26.1963 | $197,310.53 |
| Open Market Sale | May 21, 2021 | 5,977 | $25.5758 | $152,866.56 |
| Open Market Sale | May 24, 2021 | 5,456 | $25.2286 | $137,647.24 |
| Open Market Sale | May 25, 2021 | 5,159 | $24.8682 | $128,295.04 |
| Open Market Sale | May 26, 2021 | 5,320 | $24.7441 | $131,638.61 |
| Open Market Sale | May 27, 2021 | 4,923 | $26.3719 | $129,828.86 |
| Open Market Sale | May 28, 2021 | 8,747 | $27.1757 | $237,705.85 |
| Open Market Sale | June 1, 2021 | 5,931 | $27.4074 | $162,553.29 |
| Open Market Sale | June 2, 2021 | 6,399 | $27.6431 | $176,888.20 |
| Open Market Sale | June 3, 2021 | 5,494 | $27.3038 | $150,007.08 |
| Open Market Sale | June 4, 2021 | 707 | $28.5738 | $20,201.68 |
| Open Market Sale | June 7, 2021 | 10,736 | $29.4507 | $316,182.72 |
| Open Market Sale | June 8, 2021 | 9,229 | $29.7234 | $274,317.26 |
| Open Market Sale | June 9, 2021 | 7,601 | $29.2095 | $222,021.41 |

| | | | | |
|---|---|---|---|---|
| Open Market Sale | June 10, 2021 | 5,316 | $28.6662 | $152,389.52 |
| Open Market Sale | June 11, 2021 | 4,392 | $29.4101 | $129,169.16 |
| Open Market Sale | June 14, 2021 | 5,356 | $29.0533 | $155,609.47 |
| Open Market Sale | June 15, 2021 | 7,293 | $27.4704 | $200,341.63 |
| Open Market Sale | June 16, 2021 | 8,691 | $27.7981 | $241,593.29 |
| Open Market Sale | June 17, 2021 | 8,469 | $28.7643 | $243,604.86 |
| Open Market Sale | June 18, 2021 | 9,840 | $28.9971 | $285,331.46 |
| Open Market Sale | June 20, 2021 | 7,382 | $29.9619 | $221,178.75 |
| Open Market Sale | June 21, 2021 | 9,245 | $29.8214 | $275,698.84 |
| Open Market Sale | June 23, 2021 | 5,832 | $28.2866 | $164,967.45 |
| Open Market Sale | June 24, 2021 | 7,616 | $28.1820 | $214,634.11 |
| Exercise of Stock Option | | (188,375) | $4.6700 | ($879,711.25) |
| Open Market Sale | June 25, 2021 | 16,210 | $28.1978 | $457,086.34 |
| Open Market Sale | June 28, 2021 | 8,091 | $28.0016 | $226,560.95 |
| Open Market Sale | June 29, 2021 | 6,921 | $26.8911 | $186,113.30 |
| Open Market Sale | June 30, 2021 | 17,891 | $28.6491 | $512,561.05 |
| Open Market Sale | July 1, 2021 | 7,669 | $28.8131 | $220,967.66 |
| Open Market Sale | July 2, 2021 | 2,514 | $28.5333 | $71,732.72 |
| Open Market Sale | July 6, 2021 | 2,621 | $27.3163 | $71,596.02 |
| Open Market Sale | July 7, 2021 | 4,271 | $26.1719 | $111,780.18 |
| Open Market Sale | July 8, 2021 | 3,586 | $26.2411 | $94,100.58 |
| Open Market Sale | July 9, 2021 | 3,276 | $26.5368 | $86,934.56 |
| Open Market Sale | July 12, 2021 | 2,829 | $26.1515 | $73,982.59 |

| Open Market Sale | July 13, 2021 | 4,356 | $25.1207 | $109,425.77 |
|---|---|---|---|---|
| Open Market Sale | July 14, 2021 | 12,049 | $23.1375 | $278,783.74 |
| Open Market Sale | July 15, 2021 | 34 | $22.7400 | $773.16 |
| Total sales | **338,660** | | | |
| Total net sales | **150,285** | | | |
| Net proceeds | **$9,293,806.05** | | | |