# Exhibit B

| Plaintiff Harrison's transaction | | Defendants' Contemporaneous Transactions | | | | |
|---|---|---|---|---|---|---|
| Date | Quantity | Seller | Date | Number of Shares Sold | Price | Proceeds |
| April 21, 2021 | 20 | Neill | April 15, 2021 | 24,000 | $30.74 | $737,760.00 |
| | | | April 28, 2021 | 20,000 | $35.00 | $700,000.00 |
| April 26, 2021 | 10 | Neill | April 28, 2021 | 20,000 | $35.00 | $700,000.00 |
| May 11, 2021 | 20 | Neill | May 17, 2021 | 2,000 | $26.27 | $52,542.40 |
| | | Schreiber | May 10, 2021 | 8,188 | $26.9845 | $220,949.09 |
| | | | May 11, 2021 | 14,783 | $28.0282 | $414,340.88 |
| | | | May 12, 2021 | 14,242 | $27.2881 | $388,637.12 |
| | | | May 13, 2021 | 9,856 | $25.9313 | $255,579.19 |
| | | | May 14, 2021 | 11,077 | $26.2487 | $290,756.85 |
| | | | May 17, 2021 | 6,139 | $26.2804 | $161,335.38 |
| | | | May 18, 2021 | 4,998 | $26.0491 | $130,193.40 |
| | | Hornblower | May 10, 2021 | 8,227 | $26.9385 | $221,623.04 |
| | | | May 11, 2021 | 15,040 | $28.0364 | $421,667.46 |
| | | | May 12, 2021 | 14,057 | $27.2708 | $383,345.64 |
| | | | May 13, 2021 | 10,090 | $25.8774 | $261,102.97 |
| | | | May 14, 2021 | 11,095 | $26.2364 | $291,092.86 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | May 17, 2021 | 6,336 | $26.3035 | $166,658.98 |
|  |  |  | May 18, 2021 | 5,107 | $26.0297 | $132,933.68 |
| May 14, 2021 | 400 | Neill | May 17, 2021 | 2,000 | $26.27 | $52,542.40 |
|  |  | Schreiber | May 10, 2021 | 8,188 | $26.9845 | $220,949.09 |
|  |  |  | May 11, 2021 | 14,783 | $28.0282 | $414,340.88 |
|  |  |  | May 12, 2021 | 14,242 | $27.2881 | $388,637.12 |
|  |  |  | May 13, 2021 | 9,856 | $25.9313 | $255,579.19 |
|  |  |  | May 14, 2021 | 11,077 | $26.2487 | $290,756.85 |
|  |  |  | May 17, 2021 | 6,139 | $26.2804 | $161,335.38 |
|  |  |  | May 18, 2021 | 4,998 | $26.0491 | $130,193.40 |
|  |  |  | May 19, 2021 | 7,794 | $24.6297 | $191,963.88 |
|  |  |  | May 20, 2021 | 7,378 | $26.1866 | $193,204.73 |
|  |  |  | May 21, 2021 | 6,215 | $25.5582 | $158,844.21 |
|  |  |  | May 21, 2021 | 4,330 | $25.0688 | $108,547.90 |
|  |  | Hornblower | May 10, 2021 | 8,227 | $26.9385 | $221,623.04 |
|  |  |  | May 11, 2021 | 15,040 | $28.0364 | $421,667.46 |
|  |  |  | May 12, 2021 | 14,057 | $27.2708 | $383,345.64 |
|  |  |  | May 13, 2021 | 10,090 | $25.8774 | $261,102.97 |

| | | | May 14, 2021 | 11,095 | $26.2364 | $291,092.86 |
|---|---|---|---|---|---|---|
| | | | May 17, 2021 | 6,336 | $26.3035 | $166,658.98 |
| | | | May 18, 2021 | 5,107 | $26.0297 | $132,933.68 |
| | | | May 19, 2021 | 7,747 | $24.6547 | $190,999.96 |
| | | | May 20, 2021 | 7,532 | $26.1963 | $197,310.53 |
| | | | May 21, 2021 | 5,977 | $25.5758 | $152,866.56 |
| June 22, 2021 | 100 | Neill | June 15, 2021 | 2,000 | $27.53 | $55,050.60 |
| | | Hornblower | June 15, 2021 | 7,293 | $27.4704 | $200,341.63 |
| | | | June 16, 2021 | 8,691 | $27.7981 | $241,593.29 |
| | | | June 17, 2021 | 8,469 | $28.7643 | $243,604.86 |
| | | | June 18, 2021 | 9,840 | $28.9971 | $285,331.46 |
| | | | June 20, 2021 | 7,382 | $29.9619 | $221,178.75 |
| | | | June 21, 2021 | 9,245 | $29.8214 | $275,698.84 |
| | | | June 23, 2021 | 5,832 | $28.2866 | $164,967.45 |
| | | | June 24, 2021 | 7,616 | $28.1820 | $214,634.11 |
| | | | June 25, 2021 | 16,210 | $28.1978 | $457,086.34 |
| | | | June 28, 2021 | 8,091 | $28.0016 | $226,560.95 |
| | | | June 29, 2021 | 6,921 | $26.8911 | $186,113.30 |