UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Shattuck Labs, Inc. Securities Litigation<br><br>CLASS ACTION<br><br><br>This Document Relates To:<br><br>All Actions | Case No. 1:22-cv-00560-CBA-RML<br><br><br>CLASS ACTION |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER
PRELIMINARILY APPROVING SETTLEMENT AND
<u>ESTABLISHING NOTICE PROCEDURES</u>**

1

PLEASE TAKE NOTICE that Lead Plaintiff Scott Harrison and Named Plaintiff Andrea Viti ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, the Honorable Carol Bagley Amon, United States District Judge of the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and the Defendants[1], as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; (d) preliminarily approving the plan of allocation; and (e) scheduling a hearing date for final approval of the Settlement ("Settlement Fairness Hearing"). Defendants do not oppose this motion.

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, and the Declaration of Jonathan Horne, each filed contemporaneously herewith, as well as all pleadings, records, and papers on file herein.

Accordingly, Plaintiffs request that the Court enter the [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, also attached as Exhibit A to the Stipulation, submitted herewith.

---

[1] "Defendants" are, collectively, Shattuck Labs, Inc. ("Shattuck" or "the Company"), Taylor Schreiber, Andrew Neill, Josiah Hornblower, Helen M. Boudreau, Neil Gibson, George Golumbeski, Michael Lee, Tyler Brous, Victor Stone (with Shattuck, the "Shattuck Defendants"), and the voluntarily dismissed defendants Citigroup Global Markets Inc., Cowen and Company, LLC, Needham & Company and Evercore Group L.L.C. (collectively, the "Underwriter Defendants").

Dated: December 14, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Jonathan Horne*
Jonathan Horne (JH 7258)
Laurence M. Rosen (LR 5733)
Phillip Kim (PK 9384)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jhrone@rosenlegal.com
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Jonathan Horne*
Jonathan Horne