# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Shattuck Labs, Inc. Securities Litigation<br><br>CLASS ACTION<br><br><br>This Document Relates To:<br><br>All Actions | Case No. 1:22-cv-00560-CBA-RML<br><br><br>CLASS ACTION |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
 PROPOSED CLASS ACTION SETTLEMENT**

1

PLEASE TAKE NOTICE that pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 44), on October 30, 2023 at 2:00 p.m., Lead Plaintiff Scott Harrison and Named Plaintiff Andrea Viti ("Plaintiffs"),[1] will move this Court, the Honorable Carol Bagley Amon, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 10D-S, Brooklyn, New York, 11201, for entry of an order granting final approval of the proposed class action Settlement, approving the Plan of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Jonathan Horne and exhibits attached thereto, all filed contemporaneously herewith, the pleadings and records on file in this Action, and such further argument and briefing as may be presented at or before the Settlement Hearing.

Plaintiffs will file an updated proposed final order and judgment with their reply.

Dated: September 25, 2023                           Respectfully submitted,

                                                **THE ROSEN LAW FIRM, P.A.**

                                                By: */s/ Jonathan Horne*
                                                Jonathan Horne (JH 7258)
                                                Laurence M. Rosen (LR 5733)
                                                Phillip Kim (PK 9384)
                                                275 Madison Avenue, 40th Floor
                                                New York, New York 10016
                                                Telephone: (212) 686-1060
                                                Fax: (212) 202-3827
                                                Email: jhorne@rosenlegal.com
                                                Email: pkim@rosenlegal.com
                                                Email: lrosen@rosenlegal.com

                                                *Lead Counsel for Plaintiffs*

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement, dated December 14, 2022 ("Stipulation") (Dkt. No. 39).

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Jonathan Horne*
Jonathan Horne