UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Shattuck Labs, Inc. Securities Litigation<br><br>CLASS ACTION<br><br><br>This Document Relates To:<br>All Actions | Case No. 1:22-cv-00560-CBA-RML<br><br><u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:
(A) MAILING OF THE POSTCARD NOTICE; AND
<u>(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS</u>**

I, Margery Craig, declare as follows:

1.  I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

<u>UPDATE ON MAILING OF THE POSTCARD NOTICE</u>

2.  Pursuant to the Court's Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, dated June 16, 2023, (Dkt. No. 44, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure a well as the processing of claims in connection with the Settlement of the above-captioned action.[1] I submit this declaration as a supplement to my previously filed Declaration of Margery Craig Concerning: (A) Mailing of the Postcard

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to

Notice; (B) Dissemination of the Publication Notice; and (C) Report on Requests for Exclusion and Objections, dated September 25, 2023 (Dkt. No. 49-1, the "Craig Declaration") in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3. As reported in the Craig Declaration, SCS mailed or emailed 2,256 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. Also noted in the Craig Declaration, 4,627 Postcard Notices have been mailed to potential Settlement Class Members and nominees. Additionally, SCS was notified by a nominee that they emailed 1,860 of their clients to notify them of this settlement and provided the link to the location of the Long Notice and Claim Form on the settlement webpage. Since the Initial Mailing Declaration, no additional Postcard Notices have been mailed and no additional emails with a link to the location of the Long Notice and Claim Form were sent. In total, as of the date of this Declaration, 6,487[2] potential Settlement Class Members were either mailed a Postcard Notice or emailed the link to the location of the Long Notice and Claim Form on the settlement webpage.

## UPDATE ON TOLL-FREE TELEPHONE LINE

4. The Craig Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request the Long Notice and Claim Form to be mailed to them. SCS continues to respond promptly to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

---

them in the Stipulation of Settlement, dated December 14, 2022 (Dkt. No. 39, the "Stipulation").

### UPDATE ON SETTLEMENT WEBPAGE

5. The Craig Declaration also noted that on June 29, 2023, SCS established a webpage on its website at www.strategicclaims.net/Shattuck/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status, the case deadlines, the online claim filing link, and important case documents.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6. The Postcard Notice, Long Notice, Publication Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than October 9, 2023. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has received no requests for exclusion.

7. According to the Long Notice and Publication Notice, Settlement Class Members seeking to object to the proposed Settlement, any part of the Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and expenses and application for a Compensatory Award to Plaintiffs must be submitted to Lead Counsel and Counsel for the Defendants, as well as filed with the Clerk of the Court, no later than October 9, 2023. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were submitted.

### CLAIMS RECEIVED TO DATE

8. The deadline for claims submission was September 30, 2023. As of the date of this declaration, SCS has received 1,787 claims. SCS is currently conducting quality assurance

---

[2] Since the Craig Declaration, SCS received one request for the Long Notice and Claim Form to be mailed from a potential Settlement Class Member from the Postcard Notice mailing. SCS immediately mailed out the Long Notice and Claim Form for this request.

reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of October 2023, in Media, Pennsylvania.

*Margery Craig*
Margery Craig