UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Shattuck Labs, Inc. Securities Litigation<br><br>CLASS ACTION<br><br><br>This Document Relates To:<br><br>All Actions | Case No. 1:22-cv-00560-CBA-RML<br><br><br>CLASS ACTION |

**REPLY DECLARATION OF JONATHAN HORNE IN FURTHER SUPPORT OF THE MOTIONS FOR: (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

1

I, Jonathan Horne, declare under penalty of perjury that:

1. I am a Partner at The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel for Lead Plaintiff Scott Harrison ("Lead Plaintiff" and Named Plaintiff Andrea Viti (with Harrison, "Plaintiffs"). I oversaw litigation of the Action.[1] I am familiar with the proceedings in this litigation, and I have personal knowledge of the matters set forth herein based upon participating in all aspects the Action.

2. I make this declaration to inform the Court that Lead Counsel has not received any objections to, or opt-outs from, the Settlement.

3. Attached as Exhibit 1 hereto is the [Proposed] Order and Final Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2023

*/s/ Jonathan Horne*
Jonathan Horne

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation of Settlement (the "Stipulation") dated December 14, 2022 (Dkt. No. 39) or the Corrected Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 30).