UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Shattuck Labs, Inc. Securities Litigation<br><br>CLASS ACTION<br><br><br>This Document Relates To:<br>All Actions | Master File No. 1:22-cv-00560-CBA-RML<br><br>CLASS ACTION |

### NOTICE OF MOTION AND MOTION FOR DISTRIBUTION
### OF CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that Lead Plaintiff Scott Harrison and Named Plaintiff Andrea Viti ("Plaintiffs"), on behalf of themselves and the Class, hereby move this Court for entry of the accompanying [Proposed] Order for Distribution of Class Action Settlement Funds.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Margery Craig Concerning the Results of the Claims Administration Process and the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated: March 27, 2024                           Respectfully submitted,

                                                **THE ROSEN LAW FIRM, P.A.**

                                                By: /s/*Jonathan Horne*
                                                Jonathan Horne
                                                275 Madison Ave., 40th Floor
                                                New York, New York 10016
                                                Tel: (212) 686-1060
                                                Fax: (212) 202-3827
                                                Email: jhorne@rosenlegal.com

                                                *Lead Counsel for Plaintiffs*

1